**Order entered October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00064-CR**
**No. 05-22-00065-CR**

**DAVID MCLAIN BAILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-00285-R, F20-59605-R**

**ORDER**

The State's Second Motion for Extension of Time to File Brief is

**GRANTED**. The State's brief is deemed filed as of the date of this Order.

/s/    AMANDA L. REICHEK
JUSTICE